United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RIVER INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>JOY JORDAN-THOBE, et al.,<br><br>Defendants. | Case No. 18-cv-02030-SI (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: November 30, 2018 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: February 19, 2019.

DESIGNATION OF EXPERTS: December 14, 2018; REBUTTAL: January 15, 2019;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: February 19, 2019.

DISPOSITIVE MOTIONS **SHALL** be filed by; March 22, 2019;
    Opp. Due: April 5, 2019; Reply Due: April 12, 2019;
    and set for hearing no later than April 26, 2019 at 9:00 AM.

PRETRIAL CONFERENCE DATE: July 9, 2019 at 3:30 PM.

COURT TRIAL DATE: July 22, 2019 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties will be in attendance at the 9/5/18 mediation scheduled in the state court case.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 8/20/18

_____
SUSAN ILLSTON
United States District Judge